No. 3,050.—CITY OF HELENA, APPELLANT, *v.* JOSEPH ERNST, RESPONDENT.

*Appeal from District Court, Lewis & Clark County.*

Decided September 8, 1911.

PER CURIAM.—The appeal in the above-entitled cause is hereby, upon appellant's motion, dismissed.

*Mr. Edward Horsky,* for Appellant.

————————

No. 3,041.—CHAS. W. MORTON ET AL., APPELLANTS, *v.* A. S. d'AUTREMONT, RESPONDENT.

*Appeal from District Court, Fergus County; E. K. Cheadle, Judge.*

Decided September 19, 1911.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed, on motion of appellant.

*Messrs. De Kalb & Mettler,* and *Mr. C. W. Belden,* for Appellants.